## CERTIFICATE OF SERVICE

I, Kristin J. Conwell (name), certify that service of this summons and a copy of the complaint was made April 6, 2011 (date) by:

[XX]  Mail Service – Regular, first class United States mail, postage fully pre–paid, addressed to:
Household Finance Corp.
PO BOX 14090
Virginia Beach VA 23450

[ ]  Personal Service – By leaving the process with the defendant or with an officer or agent of defendant at:

[ ]  Residence Service – By leaving the process with the following adult at:

[XX]  Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:
HSBC Finance Corp
c/o C T Corporation System
208 So LaSalle St, Suite 814
Chicago, IL 60604

[ ]  Publication – The defendant was served as follows: [Describe briefly]

[ ]  State Law – The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

| April 6, 2011 | Kristin J. Conwell, Trustee's Counsel |
|---|---|
| Date | Signature |

| **Print Name** | Kristin J. Conwell, for Russell C. Simon, Trustee |
|---|---|
| **Business Address** | 33 Bronze Pointe, Suite 110 |

| **City** Swansea | **State** IL | **ZIP** 62226 |