CERTIFICATE OF SERVICE

I, <u>Kristin J. Conwell</u> (name), certify that service of this summons and a copy of the complaint was made <u>April 6, 2011</u> (date) by:

[ XX ]   Mail Service – Regular, first class United States mail, postage fully pre–paid, addressed to:
        Household Finance Corp.
        PO BOX 14090
        Virginia Beach VA 23450

[ ]   Personal Service – By leaving the process with the defendant or with an officer or agent of defendant at:

[ ]   Residence Service – By leaving the process with the following adult at:

[ XX ]   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:
        HSBC Finance Corp
        c/o C T Corporation System
        208 So LaSalle St, Suite 814
        Chicago, IL 60604

[ ]   Publication – The defendant was served as follows: [Describe briefly]

[ ]   State Law – The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

| April 6, 2011 | /s/ Kristin J. Conwell, Trustee's Counsel |
|---|---|
| Date | Signature |

| Print Name | Kristin J. Conwell, for Russell C. Simon, Trustee |
|---|---|
| Business Address | 33 Bronze Pointe, Suite 110 |
| City  Swansea | State  IL    ZIP  62226 |